JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM M. DOWLAND II, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-2528-GW(JPRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: November 4, 2016

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE